```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

LONNIE EUGENE COX,              )   NO. CV-11-5092-JPH
                                )
                                )   ORDER ADOPTING REPORT
            Petitioner,         )   AND RECOMMENDATION TO
                                )   DENY WRIT OF HABEAS CORPUS
     vs.                        )
                                )
MAGGIE MILLER-STOUT,            )
                                )
            Respondent.         )
_____)
```

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on January 13, 2012, **ECF No. 28**, recommending that the Petition for a Writ of Habeas Corpus **(ECF No. 19)** be **denied.**

No objections having been filed,

**IT IS HEREBY ORDERED:**

1. The Report and Recommendation **(ECF. No. 28)** to deny the Petition for a Writ of Habeas Corpus is **ADOPTED in its entirety.**

2. The Petition is **DENIED.**

3. The Court declines to issue a certificate of appealability.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to the parties, and **close the file.**

DATED this 30th day of January, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING R&R          -1-